

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NOS. 2-09-077-CV
## 2-09-078-CV

IN RE I.E. MILLER SERVICES, L.P., I.E.                    RELATORS
MILLER SERVICES, L.L.C., I.E. MILLER
SERVICES GP, L.L.C., LEXINGTON
INSURANCE COMPANY, AND AMERICAN
HOME ASSURANCE COMPANY

------------

## ORIGINAL PROCEEDINGS

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied. All stays previously ordered by this court are lifted.

---

[1] *See* Tex. R. App. P. 47.4.

Relators shall pay all costs of this original proceeding, for which let execution issue.

TERRIE LIVINGSTON
JUSTICE

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

GARDNER, J. would grant.

DELIVERED:  April 30, 2009